**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6769**

———————

ROBERT ALLEN BANE,

Plaintiff - Appellant,

versus

EDDIE LEE PEARSON, Warden; LIEUTENANT
HAMLETTE, Supervisor, Housing Unit 4; H.
JOHNSON, Major, Chief of Security; VERNON
SMITH, Doctor, Director of Health Services;
MS. ELLIS, Medical Supervisor; VIRGINIA
DEPARTMENT OF CORRECTIONS; SUSSEX II STATE
PRISON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-03-295-1-AM)

———————

Submitted: October 27, 2004        Decided: November 16, 2004

———————

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert Allen Bane, Appellant Pro Se. Edward Joseph McNelis, III,
Coreen Antoinette Bromfield, RAWLS & MCNELIS, P.C., Richmond,
Virginia; Philip Carlton Hollowell, OFFICE OF THE ATTORNEY GENERAL
OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Allen Bane appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bane v. Pearson, No. CA-03-295-1-AM (E.D. Va. Mar. 11, 2004). We grant Bane's unopposed motion to dismiss Ellis as a party to this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED